## WILLIAM MASSEY ET AL. *v.* TOWN OF BRANFORD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 119 Conn. App. 453 (AC 30258), is denied.

*William Massey*, pro se, and *Dawn Massey*, pro se, in support of the petition.

*William H. Clendenen, Jr.*, and *Irving H. Perlmutter*, in opposition.

Decided March 30, 2010

## LENNARD TOCCALINE *v.* COMMISSIONER OF CORRECTION

The petitioner Lennard Toccaline's petition for certification for appeal from the Appellate Court, 119 Conn. App. 510 (AC 30377), is denied.

*Joseph Visone*, special public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided March 30, 2010